IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY LEE KITE,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of<br>Social Security Administration,[1]<br><br>        Defendant. | CV 17-158-BLG-TJC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES AND COSTS** |

On March 25, 2019, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 16.) That same day, the Clerk of Court entered a separate judgment. (Doc. 17.)

Plaintiff has now filed a stipulated motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). (Doc. 18.) Plaintiff requests $7,186.00 in attorney's fees and $400.00 in costs. The Commissioner has stipulated to the requested amount.

In light of the parties' stipulation, the Court will grant the motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Award of

---

[1] Andrew Saul is substituted for Acting Commissioner Nancy A. Berryhill pursuant to Federal Rule of Civil Procedure 25(d).

EAJA Fees and Costs is GRANTED.

The Commissioner must promptly pay Plaintiff's counsel attorney fees in the amount of $7,186.00 and costs of $400.00.

DATED this 13th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge